UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC EQUIPMENT FINANCE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PAN OPTIC IMAGING LLC, DENA SUHAIL, and SAMEER SUHAIL, <br><br> Defendants. | Case No. 24-1762 |

**VERIFIED COMPLAINT FOR REPLEVIN AND MONEY DAMAGES**

NOW COMES Plaintiff PNC Bank, National Association, successor by merger to PNC Equipment Finance, LLC ("PNC"), by and through counsel, and for its Verified Complaint for Replevin and Money Damages against Pan Optic Imaging LLC ("Pan Optic"), Dena Suhail, and Sameer Suhail (collectively, the "Defendants"), states as follows:

**PARTIES**

1. PNC Bank, National Association is a national banking association with its principal place of business in the State of Pennsylvania, and is the successor to PNC Equipment Finance, LLC as a result of the merger on May 1, 2022. PNC's main office is located in Wilmington, Delaware.

2. Pan Optic is an Illinois limited liability company with its principal place of business located at 155 N. Michigan Ave., Suite 634, Chicago, IL 60601.

3. Dena Suhail is a citizen of the State of Illinois who, upon information and belief, resides at 1401 N Wabash Ave., Unit 31A, Chicago, IL 60611.

1

4. Sameer Suhail is a citizen of the State of Illinois who, upon information and belief, resides at 1401 N Wabash Ave., Unit 31A, Chicago, IL 60611.

## JURISDICTION AND VENUE

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) insomuch as the parties are of diverse citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) and (2), because a substantial part of the events or omissions giving rise to PNC's claims occurred in this judicial district, and because the Defendants reside in this judicial district.

## FACTS COMMON TO ALL COUNTS

7. On July 17, 2018, Pan Optic executed a Promissory Note ("Note No. xx0267-1") in favor of PNC for the principal amount of $771,876.00 for value received and in accordance with the contemporaneously executed security agreement. See Note No. xx0267-1, attached hereto as Exhibit 1.

8. Pursuant to Note No. xx0267-1, Pan Optic agreed to make seventy-two (72) consecutive monthly payments of $12,679.57. See Note No. xx0267-1, ¶ 2, attached hereto as Exhibit 1.

9. Also on July 17, 2018, PNC, as lender, and Pan Optic, as borrower, entered into a Security Agreement (Note No. xx0267-1 and the Security Agreement are collectively referred to as the "Agreement") wherein Pan Optic granted PNC a security interest in the following equipment: One (1) GE Signa 1.5T 12X HD MRI System, and One (1) Siemens Biograph 16 PET CT Scanner, with all accessories, parts, attachments, service, maintenance, warranty, training, and

software (collectively the "Equipment"), as described on Schedule A attached thereto. See Security Agreement attached hereto as Exhibit 2.

10. PNC perfected its security interest in the Equipment by filing its UCC-1 financing statement. See UCC-1 financing statement attached hereto as Exhibit 3.

11. To induce PNC to enter into the Agreement, Dena Suhail executed a Guaranty Agreement (the "Dena Suhail Guaranty") wherein Dena Suhail guaranteed the full and prompt payment and performance of all of Pan Optic's obligations to PNC. See Dena Suhail Guaranty attached hereto as Exhibit 4.

12. To induce PNC to enter into the Agreement, Sameer Suhail also executed a Guaranty Agreement (the "Sameer Suhail Guaranty") wherein Sameer Suhail guaranteed the full and prompt payment and performance of all of Pan Optic's obligations to PNC. See Sameer Suhail Guaranty attached hereto as Exhibit 5.

13. Pan Optic failed to make the payment due under the Agreement on July 20, 2023, and all payments due thereafter.

14. Dena Suhail failed to make payment as required pursuant to the Dena Suhail Guaranty.

15. Sameer Suhail failed to make payment as required pursuant to the Sameer Suhail Guaranty.

16. Upon the occurrence of default, PNC is entitled to declare immediately due and payable the accelerated principal balance and accrued interest, together with any additional amounts payable under the Agreement, which is $127,299.92 as of January 20, 2024. See Exhibit 1, ¶ 11.

17. PNC is further entitled to payment of late charges. See Exhibit 1, ¶ 3.

18. PNC is entitled to prejudgment interest at the default rate, which is 8.69% per annum, calculated at 3% in excess of the interest rate in effect under Note No. xx0267-1. See Exhibit 1, ¶ 3.

19. PNC is further entitled to attorneys' fees and costs. See Exhibit 2, ¶ 7.

20. Upon an event of default, PNC is also entitled to possession of the Equipment. See Exhibit 2, ¶ 6.

21. Pan Optic has failed and refused to make payment due and owing under the Agreement despite demand.

## COUNT I
## BREACH OF CONTRACT AGAINST PAN OPTIC

22. PNC repeats and realleges paragraphs 1 through 21 as though fully set forth herein.

23. PNC has fully performed its obligations under the Agreement.

24. Pan Optic defaulted under the Agreement by failing to make all necessary payments when due.

25. As a result of Pan Optic's payment default, PNC is entitled to payment of $127,299.92, plus late charges, prejudgment interest accruing at the rate of 8.69% per annum from the date of default until entry of judgment, and attorneys' fees and costs.

WHEREFORE, Plaintiff PNC Bank, National Association, successor by merger to PNC Equipment Finance, LLC, respectfully requests that this Court enter Judgment in its favor and against Pan Optic Imaging LLC in the amount of $127,299.92, plus late charges, prejudgment interest accruing at the rate of 8.69% per annum from the date of default until entry of judgment, and attorneys' fees and costs, and grant such other and further relief as this Court deems just.

## COUNT II
## BREACH OF GUARANTY AGAINST DENA SUHAIL

26. PNC repeats and realleges paragraphs 1 through 25 as though fully set forth herein.

27. Dena Suhail defaulted under the Dena Suhail Guaranty by failing and refusing to make payment when due under the Agreement and her guaranty thereof.

28. As a result of Dena Suhail's payment default under the Dena Suhail Guaranty, PNC is entitled to payment in the amount of $127,299.92, plus late charges, prejudgment interest accruing at the rate of 8.69% per annum from the date of default until entry of judgment, and attorneys' fees and costs.

WHEREFORE, Plaintiff PNC Bank, National Association, successor by merger to PNC Equipment Finance, LLC, respectfully requests that this Court enter Judgment in its favor and against Dena Suhail in the amount of $127,299.92, plus late charges, prejudgment interest accruing at the rate of 8.69% per annum from the date of default until entry of judgment, and attorneys' fees and costs, and grant such other and further relief as this Court deems just.

## COUNT III
## BREACH OF GUARANTY AGAINST SAMEER SUHAIL

29. PNC repeats and realleges paragraphs 1 through 28 as though fully set forth herein.

30. Sameer Suhail defaulted under the Sameer Suhail Guaranty by failing and refusing to make payment when due under the Agreement and the guaranty thereof.

31. As a result of Sameer Suhail's payment default under the Sameer Suhail Guaranty, PNC is entitled to payment in the amount of $127,299.92, plus late charges, prejudgment interest accruing at the rate of 8.69% per annum from the date of default until entry of judgment, and attorneys' fees and costs.

WHEREFORE, Plaintiff PNC Bank, National Association, successor by merger to PNC Equipment Finance, LLC, respectfully requests that this Court enter Judgment in its favor and against Sameer Suhail in the amount of $127,299.92, plus late charges, prejudgment interest accruing at the rate of 8.69% per annum from the date of default until entry of judgment, and attorneys' fees and costs, and attorneys' fees and costs, and grant such other and further relief as this Court deems just.

## COUNT IV
## REPLEVIN AGAINST PAN OPTIC

32. PNC repeats and realleges paragraphs 1 through 31 as though fully set forth herein.

33. This Count is brought pursuant to 735 ILCS § 5/19-101, *et seq.*, made applicable to this proceeding pursuant to Federal Rule of Civil Procedure 64.

34. PNC has a first priority security interest in the Equipment: One (1) GE Signa 1.5T 12X HD MRI System, and One (1) Siemens Biograph 16 PET CT Scanner, with all accessories, parts, attachments, service, maintenance, warranty, training, and software.

35. As a result of Pan Optic's default under the Agreement, PNC is entitled to exercise its contractual right to take possession of the Equipment. See Exhibit 2, ¶ 6.

36. PNC has been unable to secure the Equipment by peaceful means.

37. Pan Optic is wrongfully and unlawfully detaining the Equipment from PNC.

38. The Equipment has not been taken for any tax, assessment, or fine levied by virtue of any law of this State, against the property of such plaintiff, or against him or her individually, nor seized under any lawful process against the goods and chattels of such plaintiff subject to such lawful process, nor held by virtue of an order of replevin against such a plaintiff.

39. PNC has made demand upon Pan Optic for the return of the Equipment, but Pan Optic has failed and refused to return same.

40. PNC will suffer irreparable damages if the Equipment is not returned to PNC.

41. PNC estimates the value of the Equipment at $225,000.00, depending on market and condition.

42. Upon information and belief, the Equipment is located at 155 N. Michigan Ave., Suite 634, Chicago, IL 60601.

WHEREFORE, Plaintiff PNC Bank, National Association, successor by merger to PNC Equipment Finance, LLC, respectfully requests that this Court entered an Order directing the U.S. Marshal, or any other designated officer, to use all necessary force to repossess the Equipment, or any portion thereof from Pan Optic Imaging LLC at 155 N. Michigan Ave., Suite 634, Chicago, IL 60601, or wherever it may be found, and enter a judgment against Pan Optic Imaging LLC for the value of any portion of the Equipment not so returned, plus attorneys' fees and costs, as well as all other and further relief which this Court deems just.

## COUNT IV
## DETINUE AGAINST PAN OPTIC

43. PNC repeats and realleges paragraphs 1 through 42 as though fully set forth herein.

44. The Equipment is in Pan Optic's possession and control.

45. PNC is entitled to possession of the Equipment due to the payment default under the Agreement. See Exhibit 2, ¶ 6.

46. Pan Optic is wrongfully retaining possession of the Equipment, because Pan Optic defaulted under the terms of the Agreement by failing to make timely payments when due, and Pan Optic has failed to surrender the Equipment despite demand.

WHEREFORE, Plaintiff PNC Bank, National Association, successor by merger to PNC Equipment Finance, LLC, respectfully requests that this Court entered an Order compelling Pan

Optic Imaging LLC to surrender the Equipment to PNC at a place and time directed by PNC within fourteen (14) days of this Court's entry of judgment.

          PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC Equipment Finance, LLC,

By: /s/ C. Randall Woolley
C. Randall Woolley
Darcy & Devassy PC
444 N. Michigan Ave, Suite 3270
Chicago, IL 60611
Tel: (312) 784-2400
Fax; (312) 784-2410
rwoolley@darcydevassy.com

8

## **VERIFICATION BY CERTIFICATION**

      Under penalties as provided by law, the undersigned certifies that the statements set forth in the Verified Complaint for Replevin and Money Damages are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certified as aforesaid that he verily believes the same to be true.

      Declared under penalty of perjury this __27th__ day of __February__, 2024.

                                                              _/s/ Christopher Wilms_
                                                             Christopher Wilms
                                                             Vice President Operations Group Manager
                                                             PNC Bank, National Association, successor
                                                             by merger to PNC Equipment Finance, LLC