**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC EQUIPMENT FINANCE, LLC, </br> </br> Plaintiff, </br> v. </br> </br> PAN OPTIC IMAGING LLC, DENA SUHAIL, and SAMEER SUHAIL, </br> </br> Defendants. | Case No. 1:24-cv-01762 |

**SUPPLEMENTAL JURISDICTIONAL STATEMENT**

NOW COMES PNC Bank, National Association, successor by merger to PNC Equipment Finance, LLC ("PNC"), by and through counsel, and for its Supplemental Jurisdictional Statement, states as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) insomuch as the parties are of diverse citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

2. PNC Bank, National Association is a national banking association with its principal place of business in the State of Pennsylvania, and is the successor to PNC Equipment Finance, LLC as a result of the merger on May 1, 2022. PNC's main office is located in Wilmington, Delaware.

3. Pan Optic Imaging LLC is an Illinois limited liability company with its principal place of business located at 155 N. Michigan Ave., Suite 634, Chicago, IL 60601.

4. The members of Pan Optic Imaging LLC are Dena Suhail and Sameer Suhail, based on the Resolutions for Extensions of Credit & Incumbency Certificate obtained by PNC.

5. Dena Suhail is a citizen of the State of Illinois domiciled at 401 N. Wabash Ave., Unit 42A, Chicago, IL 60611.

6. Sameer Suhail is a citizen of the State of Illinois domiciled at 401 N. Wabash Ave., Unit 42A, Chicago, IL 60611.

Dated: March 14, 2024

PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC Equipment Finance, LLC,

By: /s/ C. Randall Woolley
C. Randall Woolley
Darcy & Devassy PC
444 N. Michigan Ave, Suite 3270
Chicago, IL 60611
Tel: (312) 784-2400
Fax; (312) 784-2410
rwoolley@darcydevassy.com