

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

PNC Bank, National Association, successor by merger to PNC Equipment Finance, LLC

V.

Pan Optic Imaging LLC, Dena Suhail, and Sameer Suhail

CASE NUMBER: 24-cv-01762

ASSIGNED JUDGE: Jorge L. Alonso

DESIGNATED MAGISTRATE JUDGE: Jeffrey Cole

TO: (Name and address of Defendant)

Dena Suhail
1401 N Wabash Ave., Unit 31A
Chicago, IL 60611

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

C. Randall Woolley | Darcy & Devassy PC
444 N. Michigan Ave., Ste. 3270
Chicago, IL 60611

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



March 4, 2024

_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
   Date                  *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| **PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC EQUIPMENT FINANCE, LLC,** | ) ) ) | |
| *Plaintiff* | ) ) | |
| v. | ) ) ) | Civil Action No. 24-1762 |
| **PAN OPTIC IMAGING LLC, DENA SUHAIL, and SAMEER SUHAIL** | ) ) ) ) ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Shirrena Houston, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Dena Suhail in Cook County, IL on May 7, 2024 at 5:55 pm at 401 North Wabash Avenue, suite 42a, Chicago, IL 60611 by leaving the following documents with Sameer suhail who as Owner at Pan Optic Imaging, LLC is authorized by appointment or by law to receive service of process for Dena Suhail.

Complaint


Additional Description:
Please note Sameer suhail Accepted all documents

Male, est. age 45-54, glasses: N, Gray hair, 200 lbs to 220 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=41.8890399899,-87.6268940268
Photograph: See Exhibit 1


Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Shirrena Houston*

Executed in Cook County, IL on 5/8/2024.

Signature
Shirrena Houston
+1 (708) 551-7680
Proof Illinois LLC
No. 117.001863

Below are my previous attempts at serving Dena Suhail:

Date / Time: April 23, 2024 4:35 pm
Address: 401 North Wabash Avenue, suite 42a, Chicago, IL 60611
Geolocation: https://google.com/maps?q=41.8895413874,-87.6266845194
Description: Please note that the doctor is aware that we are trying to serve him. Front desk told him and now he won't be in available until next week because he's not in town.

Date / Time: April 26, 2024 1:46 pm
Address: 401 North Wabash Avenue, suite 42a, Chicago, IL 60611
Geolocation: https://google.com/maps?q=41.8895197593,-87.6266811694
Description: Please note front desk called and he stated he was not home

Date / Time: April 30, 2024 10:36 am
Address: 401 North Wabash Avenue, suite 42a, Chicago, IL 60611
Geolocation: https://google.com/maps?q=41.8890477531,-87.6268271451
Description: Please note, the doctor is avoiding getting the papers delivered to him. He's asking me to leave them at the front desk with the doorman. Unfortunately we cannot do that. Please note he is home but will not come down.

Date / Time: May 1, 2024 2:58 pm
Address: 401 North Wabash Avenue, suite 42a, Chicago, IL 60611
Geolocation: https://google.com/maps?q=41.8891071059,-87.6268488789
Description: please note front desk called up to doctors phone number. Doctor stated that he is not home and won't be home for another week.



Exhibit 1a)

Exhibit 1b)
Lenovo