

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC EQUIPMENT FINANCE, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| PAN OPTIC IMAGING LLC, DENA SUHAIL, and SAMEER SUHAIL, | ) ) ) |
| Defendants. | ) ) |

Case No. 24-cv-01762

**DECLARATION OF C. RANDALL WOOLLEY IN SUPPORT OF FEES AND COSTS**

I, C. Randall Woolley, declare under penalty of perjury as follows:

1. I am over the age of 18.

2. I have personal knowledge of the matters set forth herein and if called to testify I would state as follows:

3. I am a Senior Associate at Darcy & Devassy PC and am licensed to practice law in the States of Illinois. I am a 2003 graduate of the Loyola University Chicago School of Law, and I have been practicing in the area of equipment finance litigation and secured transactions since 2004. Attorney code "2" represents time billed by me.

4. Billing code "9" represents time billed by Catherine Schmidt, a paralegal.

5. My law firm represents Plaintiff PNC Bank, National Association, successor by merger to PNC Equipment Finance, LLC (herein after "PNC"), in the above captioned matter.

6. A total number of 7.7 hours were spent by Darcy & Devassy PC performing services on behalf of PNC in the above-captioned matter. The hourly rate charged is $295.00 for shareholders and senior associates, $270.00 for junior associates, and $140.00 for paralegals.

7. The total amount of attorneys' fees incurred by PNC is $2,242.00. Current charges are based upon our hourly billing records, created contemporaneously with the rendering of legal services, a copy of which is attached hereto as Exhibit 1.

8. In addition, our firm incurred $1,064.72 in costs in this matter on behalf of PNC. Copies of the current costs are attached hereto as Exhibit 2.

9. The total fees and costs incurred to date by our firm on behalf of PNC in connection with the prosecution in the above-referenced matter are $3,306.72. The rate charged per hour and the number of hours spent are fair and reasonable, and within the normal standards of the legal community for the type of services performed.

I declare under penalties as provided by law, that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters I certify as aforesaid that I verily believe the same to be true.

FURTHER DECLARANT SAYETH NAUGHT

Executed on June 3, 2024

By: /s/ C. Randall Woolley
C. Randall Woolley



| Client | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 2442.23559 PNC EQUIPMENT FINANCE LLC** | | | | | | |
| 2442.23559 | 01/29/2024 | 2 | 295.00 | 0.50 | 147.50 | Exchange of emails with client regarding ▇▇▇. |
| 2442.23559 | 01/30/2024 | 9 | | 0.10 | 0.00 | Other - perform conflict check. |
| 2442.23559 | 01/30/2024 | 2 | 295.00 | 0.40 | 118.00 | Review of file documents. |
| 2442.23559 | 01/31/2024 | 2 | 295.00 | 0.70 | 206.50 | Preparation of demand letter. |
| 2442.23559 | 02/02/2024 | 2 | 295.00 | 0.20 | 59.00 | Review of email from client regarding ▇▇▇. |
| 2442.23559 | 02/16/2024 | 2 | 295.00 | 1.50 | 442.50 | Preparation of complaint. |
| 2442.23559 | 02/19/2024 | 2 | 295.00 | 0.30 | 88.50 | Preparation of email to client regarding ▇▇▇. |
| 2442.23559 | 02/26/2024 | 2 | 295.00 | 0.20 | 59.00 | Exchange of emails with client regarding ▇▇▇. |
| 2442.23559 | 02/27/2024 | 2 | 295.00 | 0.30 | 88.50 | Finalizing of complaint. |
| 2442.23559 | 02/28/2024 | 2 | 295.00 | 0.40 | 118.00 | Telephone conference with defendant regarding settlement. |
| 2442.23559 | 02/29/2024 | 2 | | | 0.00 | Adjustment of $7.08 (Tymetrix discount) |
| 2442.23559 | 03/01/2024 | 2 | 295.00 | 0.30 | 88.50 | Finalizing of complaint. |
| 2442.23559 | 03/04/2024 | 2 | 295.00 | 0.20 | 59.00 | Review of orders entered regarding court assignment and issuance of summonses. |
| 2442.23559 | 03/06/2024 | 2 | 295.00 | 0.20 | 59.00 | Review of email from client regarding ▇▇▇. |
| 2442.23559 | 03/07/2024 | 2 | 295.00 | 0.30 | 88.50 | Exchange of emails with defendant regarding settlement. |
| 2442.23559 | 03/13/2024 | 2 | 295.00 | 0.30 | 88.50 | Preparation of jurisdictional statement. |
| 2442.23559 | 03/21/2024 | 2 | 295.00 | 0.20 | 59.00 | Review of status of service. |
| 2442.23559 | 03/27/2024 | 2 | 295.00 | 0.20 | 59.00 | Review of status of service. |
| 2442.23559 | 03/31/2024 | 2 | | | 0.00 | Adjustment of $12.83 (Tymetrix discount) |
| 2442.23559 | 04/04/2024 | 2 | 295.00 | 0.20 | 59.00 | Review of status of service. |
| 2442.23559 | 04/12/2024 | 2 | 295.00 | 0.20 | 59.00 | Review of status of service. |
| 2442.23559 | 04/22/2024 | 2 | 295.00 | 0.30 | 88.50 | Preparation of email to Mr. Suhail regarding recovery of equipment and litigation status. |
| 2442.23559 | 04/22/2024 | 2 | 295.00 | 0.20 | 59.00 | Exchange of emails with Ms. Darrow regarding ▇▇▇. |
| 2442.23559 | 04/30/2024 | 2 | | | 0.00 | Adjustment of $7.52 (Tymetrix discount) |
| 2442.23559 | 05/08/2024 | 2 | 295.00 | 0.30 | 88.50 | Review of affidavits of service. |
| 2442.23559 | 05/09/2024 | 2 | 295.00 | 0.20 | 59.00 | Preparation of email to client regarding ▇▇▇. |
| **Total for Client ID 2442.23559** | | | Billable | 7.70 | 2,242.00 | PNC EQUIPMENT FINANCE LLC |
| | | | | | | PNC V. PAN OPTIC IMAGING LLC, DENA SUHAIL & SAMEER SUHAIL |

**GRAND TOTALS**

| | | | | Billable | 7.70 | 2,242.00 |
|---|---|---|---|---|---|---|



| Client | Trans Date | Tcode/ Task Code | | Amount | |
|---|---|---|---|---:|---|
| **Client ID 2442.23559 PNC EQUIPMENT FINANCE LLC** | | | | | |
| 2442.23559 | 01/31/2024 | L320 | E101 | 0.05 | Print |
| 2442.23559 | 01/31/2024 | L320 | E101 | 0.80 | Print |
| 2442.23559 | 01/31/2024 | L210 | E112 | 37.50 | Court fees |
| 2442.23559 | 03/01/2024 | L320 | E101 | 0.05 | Print |
| 2442.23559 | 03/01/2024 | L210 | E112 | 405.00 | Court fees (4) US District Court |
| 2442.23559 | 03/07/2024 | L210 | E118 | 255.00 | Litigation support vendors (4) Elite Process Service |
| 2442.23559 | 03/14/2024 | L320 | E101 | 0.05 | Print |
| 2442.23559 | 03/14/2024 | L320 | E101 | 0.45 | Print |
| 2442.23559 | 03/22/2024 | L210 | E118 | 85.00 | Litigation support vendors (4) Elite Process Service |
| 2442.23559 | 03/31/2024 | L110 | E118 | 6.40 | Litigation support vendors (541) TransUnion Risk and Alternative |
| 2442.23559 | 03/31/2024 | B110 | E108 | 1.92 | Postage |
| 2442.23559 | 03/31/2024 | L110 | E112 | 4.70 | Court fees |
| 2442.23559 | 04/02/2024 | L210 | E118 | 255.00 | Litigation support vendors (4) Elite Process Serving |
| 2442.23559 | 04/30/2024 | L110 | E118 | 12.80 | Litigation support vendors (541) TransUnion Risk and Alternative |
| **Total for Client ID 2442.23559** | | Billable | | **1,064.72** | PNC EQUIPMENT FINANCE LLC |
| | | | | | PNC V. PAN OPTIC IMAGING LLC, DENA SUHAIL & SAMEER SUHAIL |

**GRAND TOTALS**

         Billable     1,064.72