**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC EQUIPMENT FINANCE, LLC, | ) ) ) ) | Case No. 24-cv-01762 |
| Plaintiff, | ) ) | Honorable Jorge L. Alonso |
| v. | ) ) | |
| PAN OPTIC IMAGING LLC, DENA SUHAIL, and SAMEER SUHAIL, | ) ) ) | |
| Defendants. | ) ) | |

**FINAL JUDGMENT ORDER**

This matter coming to be heard on Plaintiff PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC EQUIPMENT FINANCE, LLC's ("PNC Bank") Motion for Entry of Clerk's Default and Motion for Default Judgment and Orders of Detinue and Replevin (the "Motion") against Defendants PAN OPTIC IMAGING LLC, DENA SUHAIL, and SAMEER SUHAIL (collectively the "Defendants"), all parties having been given due notice, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. PNC Bank's Motion is granted.

2. Defendants Pan Optic Imaging LLC, Dena Suhail, and Sameer Suhail are in default for failing to timely answer or otherwise plead.

3. As to Counts I, II, and III of the Complaint, Default Judgment is entered in favor of PNC Bank and against Pan Optic Imaging LLC, Dena Suhail, and Sameer Suhail, jointly and severally, in the amount of $130,257.57, plus attorneys' fees and costs of $3,306.72, for a total judgment in the amount of $133,564.29.

1

4. As to Count IV of the Complaint, Judgment is entered in favor of PNC Bank and against Pan Optic Imaging LLC. The United States Marshal is hereby directed to use all necessary force, including the force necessary to break any locks, to take possession of: one (1) GE Signa 1.5T 12X HD MRI System, and One (1) Siemens Biograph 16 PET CT Scanner, with all accessories, parts, attachments, and software (the "Equipment") from 155 N. Michigan Ave., Suite 634, Chicago, IL 60601, or wherever the Equipment may be located, and deliver the Equipment to PNC Bank. The value of the Equipment for purposes of setting the amount of a replevin bond is $225,000.00. PNC Bank will procure a satisfactory replevin bond in the amount of $450,000.00 issued by a surety company, in compliance with 735 ILCS 5/19-101 *et seq.* and Federal Rule of Civil Procedure 64, before enforcing the order of replevin referenced in this Paragraph.

5. As to Count V of the Complaint, Judgment is entered in favor of PNC Bank and against Pan Optic Imaging LLC. Pan Optic Imaging LLC is hereby ordered to return the Equipment: One (1) GE Signa 1.5T 12X HD MRI System, and One (1) Siemens Biograph 16 PET CT Scanner, with all accessories, parts, attachments, and software, to PNC Bank at a place and time directed by PNC Bank, within fourteen (14) calendar days of service of this Court's Order. If Defendants do not comply with the Order of Detinue referenced in this paragraph, they may be held in contempt of Court, upon PNC Bank's written motion.

6. PNC Bank shall credit the sale of the Equipment to the balance owed under the Judgment.

7. There is no just reason for delaying either enforcement or appeal of this final judgment order pursuant to Federal Rule of Civil Procedure 54(b).

**ENTERED: July 16, 2024**

                                                  **HON. JORGE ALONSO**
                                                  **United States District Judge**

Prepared By:
C. Randall Woolley (ARDC # 6280067)
Darcy & Devassy PC
444 N. Michigan Ave., Suite 3270
Chicago, IL 60611
(312) 784-2400 (t)
(312) 784-2410 (f)
rwoolley@darcydevassy.com
Counsel for Plaintiff