# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC EQUIPMENT FINANCE, LLC, | )<br>)<br>) Case No. 1:24-cv-01762<br>) |
| Plaintiff, | ) |
| v. | ) |
| PAN OPTIC IMAGING LLC, DENA SUHAIL, and SAMEER SUHAIL, | )<br>) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

To:  Pan Optic Imagine LLC                Dena Suhail
     c/o Sameer Suhail                    401 N. Wabash Ave., Unit 42A
     155 N. Michigan Ave., Ste. 634       Chicago, IL 60601
     Chicago, IL 60601

     Sameer Suhail
     401 N. Wabash Ave., Unit 42A
     Chicago, IL 60601

I, C. Randall Woolley, an attorney, do hereby certify under penalties of perjury that on the 17th day of July, 2024, I caused a copy of the *Entered Judgment Order* to be served upon the aforementioned parties via mail by depositing the same in the U.S. Mail at 444 N. Michigan Ave., Chicago, IL 60611, with proper postage prepaid on this 17th day of July, 2024.

                                    PNC BANK, NATIONAL ASSOCIATION, successor
                                    by merger to PNC EQUIPMENT FINANCE, LLC

                                      /s/ C. Randall Woolley
Dated: July 17, 2024
                                    C. Randall Woolley
                                    Darcy & Devassy PC
                                    444 N. Michigan Avenue, Suite 3270
                                    Chicago, IL 60611
                                    (312) 784-2400 (t)
                                    (312) 784-2410 (f)
                                    rwoolley@darcydevassy.com

1